3

**NOT FOR PUBLIC VIEW**

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: U.S. v.s. Peralta-Salsueta
FOR
AT

**FILED**
MAY 29 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Ricardo Peralta-Salsueta

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 08mj1643
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): 1324
☒ Felony
☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer: Warehouse for Supermarket Calimax
IF YES, how much do you earn per month? $ 320
IF NO, give month and year of last employment. How much did you earn per month? $
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
RECEIVED: $
SOURCES:

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No  IF YES, state total amount $

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
VALUE:
DESCRIPTION:

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS:
☒ SINGLE  C.L.
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: Alicia – wife; Adan – 3 yr.

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Rent | $ | $ 40 |
| | Utility | $ | $ 38 |
| | Food | $ | $ 120 |
| | Transp | $ | $ 20 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 5/29/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X Ricardo Peralta