UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 08mj1643 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Enrique Rivera-Garcia | ) | |
| Defendant(s) et. al. | ) | Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Oscar David Lopez-Torres

DATED: 6/19/08

JAN M. ADLE

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by Rhea Rhone

Deputy Clerk
R. Rhone